# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

February 13, 2023

Lyle W. Cayce
Clerk

No. 22-20227
Summary Calendar

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

WARREN D. BROWN,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:17-CR-81-1

Before BARKSDALE, HIGGINSON, and HO, *Circuit Judges*.

PER CURIAM:[*]

Challenging the sentence imposed following revocation of his supervised release, Warren D. Brown contended on appeal, and the Government agreed, that the written judgment needed to be corrected because it contained three conditions of supervised release that conflicted

---

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 22-20227

with the district court's oral pronouncement of his sentence at the revocation hearing.

After briefing concluded, however, Brown filed a 24 January 2023 letter under Federal Rule of Appellate Procedure 28(j), informing our court: at a hearing the day before, his supervised release was subsequently revoked pursuant to a term of supervision he did not contest; and, because the district court did not impose an additional term of supervision, he is no longer subject to the challenged conditions. Accordingly, as he concedes in his Rule 28(j) letter, this appeal is moot. *See United States v. Perfecto-Mendoza*, 583 F. App'x 421, 422 (5th Cir. 2014) (holding moot where "[t]he term of supervised release at the heart of [the] appeal [was] revoked, and no new term [was] imposed").

DISMISSED.